# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CHIQUITA PHILLIPS**                                                                                          **PLAINTIFF**

V.                         **CASE NO.: 5:14CV00305 DPM/BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## ORDER

Pending is the Commissioner of the Social Security Administration's Unopposed Motion to Remand. (Docket entry #17) For good cause shown, the Commissioner's motion (#17) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 25th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE