IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHIQUITA PHILLIPS**  **PLAINTIFF**

V.          CASE NO.: 5:14CV00305 DPM/BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**          **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded, and judgment is entered in favor of Chiquita Phillips. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE