IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHIQUITA PHILLIPS                                             PLAINTIFF

v.                          No. 5:14-cv-305-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                  DEFENDANT

## ORDER

The parties agree that Phillips is entitled to an award of attorney's fees. Phillips's motion, № 20, is therefore granted. The Social Security Administration shall make the $4,556.50 check payable to Chiquita Phillips and her lawyer and mail the check to Phillips's lawyer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2015